Jack O'Neal BARRETT, Petitioner–Appellant,

v.

State of ARIZONA, Respondent–Appellee.

No. 07–15599.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 27, 2007.*

Filed Aug. 31, 2007.

Jack O'Neal Barrett, Yuma, AZ, pro se.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM **

Appellant's motion for in forma pauperis status is granted. The Clerk shall amend the docket to reflect this status.

A review of the record and appellant's response to this court's June 19, 2007, order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All other pending motions are denied as moot.

**AFFIRMED.**